**Betty CRUCE, d/b/a The Folly Restaurant/Lounge, Appellant,**

v.

**Alfred ZIMMERMAN & Lexington Inn, Inc., Respondent.**

**No. WD 38502.**

Missouri Court of Appeals, Western District.

March 31, 1987.

J. Armin Rust, Lexington, for appellant.

W.R. Schelp, Lexington, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from a directed verdict for defendant/respondent rendered by the trial court on a jury trial.

Judgment affirmed. Rule 84.16(b).